UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorneys for BSI Financial Services as Servicer
for Lodge Series III Trust, U.S. Bank Trust
National Association as trustee

P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

_____

IN RE:

John Peter Musso
Denise Marie Musso

Debtor(s)

**Order Filed on November 5, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.  19-15825

Judge: Christine M. Gravelle

Chapter: 13

### ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: November 5, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

|   |   |
|---|---|
| Applicant: | BSI Financial Services |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | William Oliver, Esq. |
| Property Involved("Collateral"): | 140 Van Der Noot Place, Bayville, NJ 08721 |

Relief sought:
- ✓ Motion for relief from the automatic stay
- Motion to dismiss
- Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

**IT IS HEREBY ORDERED** as follows:

1. Debtor must close on the sale of the Collateral by December 30, 2019

2. If the Debtors fail to close on the sale of the collateral by December 30, 2019, then the Secured Creditor may immediately obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' Attorney.

3. If the Debtors find a buyer with respect to the collateral, Secured Creditor must review and approve any sale to ensure the sale results in a full payoff to Secured Creditor pursuant to a valid payoff, requested by the Debtor and provided by the Secured Creditor prior to the closing.

4. This Order shall be incorporated in and become part of any Order Confirming Plan in the herein matter.